# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00728-OWW-LJO-P |
| Plaintiff, | ORDER DISREGARDING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS, FOR THE APPOINTMENT OF COUNSEL, AND FOR TRANSCRIPTS |
| v. | |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU FIRST WATCH, et al., | (Docs. 5, 7, 8) |
| Defendants. | |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 9, 2006. This action was dismissed on June 27, 2006, on the ground that it is duplicative of case number 1:06-CV-00442-AWI-SMS-P. On August 8, 2006, plaintiff filed motions for leave to proceed in forma pauperis, for the appointment of counsel, and for transcripts.

This action has been dismissed and no appeal has been filed. Accordingly, plaintiff's motions are misplaced in this action and are HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   September 28, 2006**         /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

1